# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

APPLICATION FOR WARRANT )
FOR E-MAIL ACCOUNT )
[REDACTED]@GMAIL.COM )
MAINTAINED ON COMPUTER SERVERS ) Mag.
OPERATED BY GOOGLE, INC., ) ~~Maj.~~ No. 10-291-M-01
HEADQUARTERED AT ) (AK/JMF/RCL)
1600 AMPHITHEATRE PARKWAY, )
MOUNTAIN VIEW, CA )

**FILED**

NOV - 1 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

The Court's September 20, 2010 Memorandum and Order in this matter, which was previously sealed, is being released in redacted form for the benefit of the public. The name of the subpoenaed e-mail account has been redacted. Accordingly, it is hereby ordered that the redacted opinion attached hereto be unsealed and placed on the public record.

**SO ORDERED** this _1st_ day of November 2010.

ROYCE C. LAMBERTH
Chief Judge
United States District Court